Andrew B. Downs, SBN 111435
E-mail: andy.downs@bullivant.com
BULLIVANT HOUSER BAILEY PC
101 Montgomery Street, Suite 2600
San Francisco, CA 94104
Telephone: 415.352.2700
Facsimile: 415.352.2701

Attorneys for Plaintiff Philadelphia Indemnity Insurance Company

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| PHILADELPHIA INDEMNITY INSURANCE COMPANY, a corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ELLE PLACEMENT, INC., a corporation; LORI SCHAEFFER, an individual; AUTO WAREHOUSING COMPANY, INC., a corporation,<br><br>Defendants. | Case No.: 2:22-cv-01986-TLN-CKD<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiff Philadelphia Indemnity Insurance Company, and defendants Elle Placement, Inc., Lori Schaeffer, and Auto Warehousing Company, Inc. stipulate pursuant to Rule 41, F.R.Civ.P. that this action including, but not limited to the Complaint of Philadelphia Indemnity Insurance Company, be dismissed with prejudice, with each party to bear its own attorney's fees and costs.

– 1 –

STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE: CASE NO.: 2:22-CV-01986-TLN-CKD

1 | DATED:  August 25, 2023

2 | BULLIVANT HOUSER BAILEY PC

4 | By  /s/ Andrew B. Downs
5 |     Andrew B. Downs

6 | Attorneys for Plaintiff Philadelphia Indemnity Insurance Company

8 | DATED:  August 25, 2023

9 | THE LESSER LAW GROUP

11 | By  /s/ Don A. Lesser* (*ABD e-mail auth.)
12 |     Don A. Lesser
    | Katherine O'Neal

13 | Attorneys for Defendants Elle Placement, Inc., and Lori Schaeffer

16 | DATED:  August 25, 2023

17 | SCHWABE, WILLIAMSON & WYATT, P.C.

19 | By  /s/ Stephanie P. Berntsen* (*ABD e-mail auth)
20 |     Stephanie P. Berntsen

21 | Attorneys for Defendant Auto Warehousing Company, Inc.

## **ORDER**

Good cause appearing,

IT IS HEREBY ORDERED that this action is dismissed with prejudice, with each party to bear its own attorney's fees and costs.

IT IS SO ORDERED.

DATED: _____

_____
United States District Judge

4892-1958-9748.1